McGREGOR W. SCOTT
United States Attorney
MELANIE L. ALSWORTH
LAUREL J. MONTOYA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
APR 05 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALECIA TRAPPS,<br>JIMMY BRANTLEY,<br>CARMEN CONEJO,<br>ERNEST WESTLEY,<br>SHEENA TAYLOR, AND<br>JOSEPH VASQUEZ, JR.,<br><br>Defendants. | CASE NO. 1:18 CR 00076 DAD BAM<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on April 5, 2018, charging the above defendants with a violation of 21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances (Methamphetamine, Heroin), be kept secret until the defendants named in this Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the finding of the Indictment or any warrant issued pursuant

1  thereto, except when necessary for the issuance and execution of the warrant.

2  DATED: April 5, 2018                    Respectfully submitted,

3                                          McGREGOR W. SCOTT
4                                          United States Attorney

5                              By    /s/ MELANIE L. ALSWORTH
                                     MELANIE L. ALSWORTH
6                                    Assistant U.S. Attorney

7

8
    IT IS SO ORDERED.
9

10  Dated: April 5, 2018              _____
                                      BARBARA A. McAULIFFE
11                                    U.S. Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Motion to Seal Indictment                    2