MCGREGOR W. SCOTT
United States Attorney
MELANIE L. ALSWORTH
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED

APR 11 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALECIA TRAPPS, <br> JIMMY BRANTLEY, <br> CARMAN CONEJO, <br> ERNEST WESTLEY, <br> SHEENA TAYLOR, and <br> JOSEPH VASQUEZ, JR., <br><br> Defendants. | CASE NO. 1:18-cr-00076-DAD-BAM <br><br> ORDER TO UNSEAL INDICTMENT |

The Indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

IT IS HEREBY ORDERED that the case be unsealed and be made public record.

DATED: April 11, 2018

_____
HON. ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE