# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>   **Plaintiff,**<br><br>   v.<br><br>**ALECIA TRAPPS,**<br>**JIMMY BRANTLEY,**<br>**CARMEN CONEJO,**<br>**ERNEST WESTLEY,**<br>**SHEENA TAYLOR,**<br>**JOSEPH VASQUEZ, JR.,**<br><br>   **Defendants.** | **Case No. 1:18-cr-00076-LJO-BAM** |
| **UNITED STATES OF AMERICA,**<br><br>   **Plaintiff,**<br><br>   v.<br><br>**ERIC HERNANDEZ,**<br>**SHEENA TAYLOR,**<br>**ROBERT ARELLANO,**<br><br>   **Defendants.** | **Case No. 1:18-cr-00075-LJO-BAM** |

### ORDER GIVING NOTICE TO ALL PARTIES AND TO ALL COUNSEL OF A LONG TERM SCHEDULING CONFERENCE TO BE HELD ON JULY 30, 2018, AT 11:00 A.M. IN COURTROOM 4

A long-term scheduling conference is set for July 30, 2018, at 11:00 a.m. in Courtroom 4 before the undersigned. At all hearings/conferences in this case, all defendants will be required to attend. The

1

only exception will be if, at least ten days before any hearing, a signed (by the defendant and the counsel) waiver of appearance is filed.

At the July 30 conference, counsel are to be ready to select dates for this case, including dates for discovery production, motions of any kind to be filed, the dates that all motions are to be heard, plea offers to be provided by the Government, plea offers to expire, pretrial conference, and trial. ONCE SET, THESE DATES WILL BE FIRM AND WILL NOT BE CHANGED. A serious discussion about dates before the July 30 conference among counsel is strongly suggested.

This case will not be unreasonably delayed due to concerns about vacations or seminars. There are too many people involved to be able to accommodate those concerns. If counsel either cannot agree to dates, or an agreed-upon trial date is suggested too far out into the future, the Court will set the trial date itself. Should any counsel have other counsel appear for them on July 30, this does not relieve any party from the meet and confer suggestion pre-conference, nor does it provide a valid excuse for not having that appearing counsel possess counsel's trial availability. If any particular counsel is unavailable for trial within a reasonable amount of time that coincides with all other counsels' schedules, the Court will order that new counsel be appointment for replacement purposes at this early stage of the case.

IT IS SO ORDERED.

Dated: __May 2, 2018__           _____/s/ Lawrence J. O'Neill_____
                                 UNITED STATES CHIEF DISTRICT JUDGE