**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **1:18-cr-00075-LJO-BAM** |
| **Plaintiff,** | |
| **v.** | |
| **ERIC HERNANDEZ, et al.,** | |
| **Defendants.** | |
| **UNITED STATES OF AMERICA,** | **1:18-cr-00076-LJO-BAM** |
| **Plaintiff,** | |
| **v.** | |
| **ALECIA TRAPPS, et al.,** | |
| **Defendants.** | |

**SCHEDULING ORDER**

On August 29. 2018, the Court held a long-term scheduling conference in the above-captioned cases as to Defendants Eric Hernandez, Sheena Taylor, Roberto Arellano, Alecia Trapps, Jimmy Brantley, Carmen Conejo, Ernest Westley, Sheena Taylor, and Joseph Vasquez. Defense counsel John Garland, Harry Drandell, Megan Hopkins, Richard Oberto, Kirk McAllister, and Jeffrey Hammerschmidt appeared on behalf of their respective clients. Melanie Alsworth appeared on behalf of the Government.

This case is a complex case within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii), and time is to be excluded under the Speedy Trial Act, as good cause exists and the ends of justice outweigh the interest of the defendants and the public in a speedy trial. *See Bloate v. United States*, 559 U.S. 196, 210 (2010). Pursuant to discussions with counsel at the scheduling conference, the Court **ORDERS** that this case proceed as follows:

1. **Discovery**

   The Government shall provide *all* discovery by no later than **December 31, 2018**.

2. **Plea Offers**

   The Government will make plea offers for all defendants in this case by **December 31, 2018**. Absent good reason to extend, defendants must respond to the plea offers by **February 15, 2019**.

3. **Motions**

   All motions must be filed on or before **March 8, 2019**. Oppositions must be filed on or before **March 29, 2019**. Replies must be filed on or before **April 5, 2019**. Discovery-related motions are to be filed before Magistrate Judge Barbara A. McAuliffe.

4. **Motions Hearing**

   A hearing on any non-discovery motions filed pursuant to the above provision is set for **Monday, April 15, 2019** at **1:30 pm** in Courtroom 4 before Chief Judge Lawrence J. O'Neill.

5. **Trial Confirmation Hearing**

   A trial confirmation hearing is set for **Monday, August 5, 2019 at 10:00 am** in Courtroom 4 before Chief Judge Lawrence J. O'Neill.

6. **Trial Date**

   The trial is set to begin on **Tuesday, September 24, 2019** at **8:30 am** in Courtroom 4 before Chief Judge Lawrence J. O'Neill. This date, due to the enormous task of obtaining non-conflicting dates from all counsel, coupled with how much time all parties are being given to get the discovery and trial preparation completed, will NOT BE CHANGED. Any conflict that arises for the now-set trial date in this case will be a conflict in the OTHER case (State or Federal), and not this case. This includes the understanding that counsel are to advise any other judge from any other court as soon as a possible conflict arises of the specific special setting of this case. If there is push back from the other court,

counsel are required to notify this Court of the problem immediately, and this Court will make appropriate court-to-court contacts. Counsel need not to agree to the setting of any case that has a start date before this September 24, 2019 trial date that has the potential of interfering with the start of this trial.

IT IS SO ORDERED.

Dated:   **September 5, 2018**              **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE