UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALECIA TRAPPS,<br><br>Defendants. | No. 1:18-CR-00076-DAD-BAM<br><br><br><br>ORDER |

IT IS FURTHER ORDERED that the voice message received from defendant Trapps concerning the contact with co-defendant Brantley be released to counsel;

IT IS FURTHER ORDERED that the test results related to the alleged violation conduct for defendant Trapps in the possession of Pretrial Services be released to counsel;

IT IS FURTHER ORDERED that the information from the sober living home and WestCare concerning defendant Trapps in the possession of Pretrial Services be released to counsel (except that the actual chronologies are not ordered disclosed but the pretrial officer can discuss these issues with counsel and may refer to chronologies when discussing the matter with counsel);

IT IS FURTHER ORDERED that Pretrial Services Officers Carl Smith and Margarita Zepeda may testify concerning the above information about the alleged violation conduct and issues related to detention.

IT IS SO ORDERED.

Dated:  **November 16, 2018**

UNITED STATES MAGISTRATE JUDGE

1