1   HEATHER E. WILLIAMS, CA Bar #122664
    Federal Defender
2   MEGAN HOPKINS, CA Bar #294141
    Assistant Federal Defender
3   Office of the Federal Defender
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   ALECIA TRAPPS

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              Case No. 1:18-cr-00076-LJO-BAM

12
                    Plaintiff,             **STIPULATION VACATE TRIAL**
13                                         **CONFIRMATION HEARING AND SET**
                                           **HEARING FOR CHANGE OF PLEA;**
14                                         **ORDER**

15          vs.

16  ALECIA TRAPPS et al,

17                  Defendant.

18          **IT IS HEREBY STIPULATED** by and between the parties through their respective

19  counsel, Assistant United States Attorney, Melanie Alsworth, counsel for the plaintiff, and

20  Assistant Federal Defender, Megan T. Hopkins, counsel for defendant, Alecia Trapps, that the

21  trial confirmation hearing currently set for September 16, 2019 be vacated, and the matter be set

22  for a change of plea hearing on October 14, 2019, at 8:30 a.m., before the Honorable Lawrence J.

23  O'Neill.  Ms. Trapps will be pleading guilty to the single count contained in the indictment

24  without a plea agreement.  Defense counsel will meet and confer with counsel for the

25  government in advance of the change of plea hearing to reach an agreement regarding a factual

26  basis for the plea, and will provide a copy of the factual basis to the Court in advance of the

27  October 14, 2019 hearing.

28

The reason for the request for an extended schedule for the change of plea is that defense counsel will be out of the office for the latter portion of the month of August, and will be in trial for the majority of the month of September. The proposed date will allow sufficient time for the parties to meet and confer regarding a factual basis for the plea, and will permit defense counsel to be available for the requisite presentence report (PSR) interview following the change of plea.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). Time has previously been excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., through the September 16, 2019 trial confirmation hearing for *inter alia* defense trial preparation.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: August 6, 2019          By:    */s/ Melanie Alsworth*
                                       MELANIE ALSWORTH
                                       LAUREL MONTOYA
                                       Assistant United States Attorneys
                                       Attorneys for Plaintiff


                                       HEATHER E. WILLIAMS
                                       Federal Defender

Dated: August 6, 2019          By:    */s/ Megan Hopkins*
                                       MEGAN HOPKINS
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       ALECIA TRAPPS

1

**<u>ORDER</u>**

The Court hereby grants the parties' request to vacate the trial confirmation hearing as to this defendant and set the matter for a change of plea on October 14, 2019 at 8:30 a.m. Time shall be excluded through October 14, 2019 pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) for the reasons set forth above.

IT IS SO ORDERED.

Dated:   **August 6, 2019**                    **/s/ Lawrence J. O'Neill**
                              UNITED STATES CHIEF DISTRICT JUDGE