| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | MEGAN HOPKINS, CA Bar #294141 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | ALECIA TRAPPS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00076-LJO-BAM |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |
| vs. | Date: March 30, 2020 |
| | Time: 10:00 a.m. |
| | Judge: Honorable Dale A. Drozd |
| ALECIA TRAPPS et al, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Melanie Alsworth, counsel for the plaintiff, and Assistant Federal Defender, Megan T. Hopkins, counsel for defendant, Alecia Trapps, that the sentencing hearing currently set for January 21, 2020 be continued to March 30, 2020, at 10:00 a.m., before the Honorable Dale A. Drozd.

The reason for the request for continuance is to allow defense counsel sufficient time to arrange for travel to meet and review the draft presentence report (PSR) with Ms. Trapps and prepare informal objections to the draft report. Defense counsel has identified a significant number of informal objections to be made, and will need additional time to gather documentation for the probation officer in order to make the necessary corrections to the report during the informal stage. Defense counsel will need to arrange travel from Sacramento to Fresno on a

designated day in order to review the PSR with Ms. Trapps in the U.S. Marshal lock-up facility, and may require an additional meeting following further investigation.

The parties are requesting the date of March 30, 2020 as defense counsel has another matter on for sentencing before this Court on that date, and is unavailable in February due to a scheduled trial. A hearing on March 30, 2020 at 10:00 a.m. is mutually convenient for both parties, and therefore it is the request of the parties to continue the sentencing hearing to that date and time.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: December 11, 2019  By: */s/ Melanie Alsworth*
MELANIE ALSWORTH
LAUREL MONTOYA
Assistant United States Attorneys
Attorneys for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Dated: December 11, 2019  By: */s/ Megan Hopkins*
MEGAN HOPKINS
Assistant Federal Defender
Attorney for Defendant
ALECIA TRAPPS

# ORDER

The Court hereby grants the parties' request to continue the sentencing hearing as to this defendant and set the matter for sentencing on March 30, 2020 at 10:00 a.m. The presentence schedule shall be adjusted accordingly based on the new hearing date.

IT IS SO ORDERED.

Dated: __**December 11, 2019**__          _____/s/ Lawrence J. O'Neill_____
                                          UNITED STATES CHIEF DISTRICT JUDGE