HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MEGAN HOPKINS, CA Bar #294141
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ALECIA TRAPPS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00076-NONE |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; [PROPOSED] ORDER** |
| vs. | Date: April 17, 2020<br>Time: 8:30 a.m.<br>Judge: Honorable Dale A. Drozd |
| ALECIA TRAPPS et al, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Melanie Alsworth, counsel for the plaintiff, and Assistant Federal Defender, Megan T. Hopkins, counsel for defendant, Alecia Trapps, that the sentencing hearing currently set for March 30, 2020 be continued to April 17, 2020, at 8:30 a.m., before the Honorable Dale A. Drozd.

Defense counsel requests this continuance due to international travel that defense counsel has scheduled for investigation in another case, which needs to take place during the eight days prior to the March 30, 2020 sentencing date[1]. The brief continuance, which counsel for plaintiff

---

[1] Defense counsel is required to obtain approval from the state department for international travel, and has been advised that the trip must take place on or after March 20, 2020. The investigation is somewhat urgent, and so defense counsel has scheduled the travel for the soonest available dates: March 20-28, 2020.

joins in requesting, will permit the parties sufficient time to meet all filing deadlines and adequately prepare for sentencing in this matter.

                                          Respectfully submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney

Dated: February 25, 2020                  By:   */s/ Melanie Alsworth*
                                                      MELANIE ALSWORTH
                                                      LAUREL MONTOYA
                                                      Assistant United States Attorneys
                                                      Attorneys for Plaintiff

                                                      HEATHER E. WILLIAMS
                                                      Federal Defender

Dated: February 25, 2020                  By:   */s/ Megan Hopkins*
                                                      MEGAN HOPKINS
                                                      Assistant Federal Defender
                                                      Attorney for Defendant
                                                      ALECIA TRAPPS

## **ORDER**

    The Court hereby grants the parties' request to continue the sentencing hearing as to this defendant and set the matter for sentencing on April 17, 2020 at 8:30 a.m. The presentence schedule shall be adjusted accordingly based on the new hearing date.

IT IS SO ORDERED.

Dated:   **February 26, 2020**                           _Dale A. Drozd_
                                                        UNITED STATES DISTRICT JUDGE