1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  MEGAN HOPKINS, CA Bar #294141
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561

   Attorney for Defendant
   ALECIA TRAPPS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALECIA TRAPPS et al,<br><br>Defendant. | Case No. 1:18-cr-00076-NONE<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER**<br><br>Date: May 8, 2020<br>Time: 8:30 a.m.<br>Judge: Honorable Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Melanie Alsworth, counsel for the plaintiff, and Assistant Federal Defender, Megan T. Hopkins, counsel for defendant, Alecia Trapps, that the sentencing hearing currently set for April 17, 2020 be continued to May 8, 2020, at 8:30 a.m., before the Honorable Dale A. Drozd.

Defense counsel requests this continuance in response to measures taken by the Federal Defender's Office to limit staff exposure during the COVID-19 crisis, including a mandate that all attorneys work from home and discontinue field visits/investigation. Accordingly, defense counsel anticipates some delays in work flow and that some additional time will be necessary in order to complete mitigation development necessary for the defense's sentencing presentation.

The continuance, which counsel for plaintiff joins in requesting, will permit the parties sufficient time to meet all filing deadlines and adequately prepare for sentencing in this matter.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: March 19, 2020    By:    */s/ Melanie Alsworth*
MELANIE ALSWORTH
LAUREL MONTOYA
Assistant United States Attorneys
Attorneys for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Dated: March 19, 2020    By:    */s/ Megan Hopkins*
MEGAN HOPKINS
Assistant Federal Defender
Attorney for Defendant
ALECIA TRAPPS

## **ORDER**

The Court hereby grants the parties' request to continue the sentencing hearing as to this defendant and set the matter for sentencing on May 8, 2020 at 8:30 a.m. The presentence schedule shall be adjusted accordingly based on the new hearing date.

IT IS SO ORDERED.

Dated:  **March 19, 2020**

UNITED STATES DISTRICT JUDGE