| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, #294141 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorneys for Defendant |
| | ALECIA TRAPPS |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00076-NONE-BAM |
| Plaintiff, | REQUEST FOR WAIVER OF PERSONAL APPEARANCE; ORDER |
| v. | |
| ALECIA TRAPPS, | |
| Defendant. | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, ALECIA TRAPPS, hereby waives the right to be present in person in open court upon the hearing of any motion filed between March 23, 2020 and May 8, 2020, or other proceeding in this case prior to the hearing for imposition of sentence.

Defendant hereby requests the Court to proceed during every absence which the Court may permit pursuant to this waiver and agrees that defendant's interests will be deemed represented at all times by the presence of the defendant's attorney, the same as if the defendant were personally present.

Defendant makes the foregoing request in order to reduce the need for transport and/or other travel to and from court proceedings during the critical period for reducing the spread of the COVID-19 virus, which requires efforts from all citizens to limit social interaction and physical proximity to others. Additionally, defendant makes this request out of concern for her own health and safety, given that she is in a vulnerable population due to her age and condition,

-1-

*e*

and contraction of the virus could result in her hospitalization or death.

Dated: March 23, 2020

/s/ Alecia Trapps
ALECIA TRAPPS
(Original signature on file)

I agree and consent to my Client's waiver of appearance.

Dated: March 23, 2020

/s/ Megan T. Hopkins
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
ALECIA TRAPPS

**ORDER**

IT IS SO ORDERED.

Dated: **March 23, 2020**

UNITED STATES MAGISTRATE JUDGE