# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00076-NONE-BAM |
| Plaintiff, | ORDER DENYING DEFENDANT'S MOTION FOR BAIL REVIEW |
| v. | (ECF Nos. 265, 267) |
| ALECIA TRAPPS, | |
| Defendant. | |

On March 23, 2020, Defendant Alecia Trapps filed a motion for bail review seeking to be released from custody. The Government filed an opposition to the motion on March 27, 2020.

A hearing on Defendant's motion was held on March 27, 2020. Counsel Megan Hopkins appeared telephonically for Defendant whose appearance was waived. Counsel Laurel Montoya appeared telephonically for the Government. Having considered the moving papers and the arguments presented at the March 25, 2020 hearing the Court shall deny Defendant's motion for bail review.

A bail hearing "may be reopened, before or after a determination by the judicial officer, at any time before trial if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community." 18 U.S.C. § 3142(f).

| | |
|---|---|
| 1 | Defendant has not demonstrated exceptional circumstances and even if established, this |
| 2 | defendant cannot reasonably abide by conditions of release as previously found by this Court for |
| 3 | the reasons stated on the record when those decisions were made. |
| 4 | For these reasons and the reasons stated on the record, Defendant's motion for bail |
| 5 | review and release on conditions is DENIED. The Defendant remains detained as a flight risk |
| 6 | and danger to the community. |

IT IS SO ORDERED.

Dated: **March 27, 2020**

_____
UNITED STATES MAGISTRATE JUDGE