HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MEGAN HOPKINS, CA Bar #294141
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ALECIA TRAPPS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALECIA TRAPPS et al,<br><br>Defendant. | Case No. 1:18-cr-00076-NONE<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER**<br><br>Date: June 12, 2020<br>Time: 8:30 a.m.<br>Judge: Honorable Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Melanie Alsworth, counsel for the plaintiff, and Assistant Federal Defender, Megan T. Hopkins, counsel for defendant, Alecia Trapps, that the sentencing hearing currently set for May 8, 2020 be continued to June 12, 2020, at 8:30 a.m., before the Honorable Dale A. Drozd.

Defense counsel requests this continuance in response to measures taken by the Lerdo Detention Facility in response to confirmed positive cases of COVID-19 at the jail. Specifically, Ms. Trapps, along with all other federal inmates housed at the facility, have been placed under quarantine that is currently scheduled to end on April 27, 2020. During the quarantine period, defense counsel has only been able to speak to Ms. Trapps briefly on two occasions, neither of which were under conditions that would permit a confidential discussion. Additionally, mail that defense counsel has sent to Ms. Trapps has taken more than 10 days to reach her.

Under the current schedule, formal objections to the presentence report (PSR) are due on April 24, 2020, three days prior to the end of the quarantine at Lerdo. Accordingly, defense counsel requests a continuance of at least two (2) weeks to permit adequate time to review the final PSR with Ms. Trapps prior to filing formal objections, and to afford counsel additional time necessary to prepare Ms. Trapps's sentencing presentation. Pursuant to General Order 617, the parties have selected a new hearing date in June 2020.

The parties propose the following modified schedule in order to help overcome the obstacles defense counsel is facing in communicating with Ms. Trapps:

Formal Objections to Presentence Report: May 29, 2020
Replies: June 5, 2020
Sentencing Hearing: June 12, 2020 at 8:30 a.m.

The continuance and modified schedule proposed above, which counsel for plaintiff joins in requesting, will permit the parties sufficient time to meet all filing deadlines and adequately prepare for sentencing in this matter.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: April 21, 2020            By:   /s/ Melanie Alsworth
                                       MELANIE ALSWORTH
                                       LAUREL MONTOYA
                                       Assistant United States Attorneys
                                       Attorneys for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Dated: April 21, 2020            By:   /s/ Megan Hopkins
                                       MEGAN HOPKINS
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       ALECIA TRAPPS

1
2
3
4
5
6
7
8
...
28

# **ORDER**

The Court hereby grants the parties' request to continue the sentencing hearing as to this defendant and set the matter for sentencing on June 12, 2020 at 8:30 a.m. The presence schedule shall be adjusted as set forth in the parties' stipulation above.

IT IS SO ORDERED.

Dated: __**April 21, 2020**__            _/s/ Dale A. Drozd_
                                          UNITED STATES DISTRICT JUDGE