HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MEGAN HOPKINS, CA Bar #294141
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ALECIA TRAPPS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00076-NONE |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |
| vs. | Date: November 6, 2020<br>Time: 8:30 a.m.<br>Judge: Honorable Dale A. Drozd |
| ALECIA TRAPPS et al, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Melanie Alsworth, counsel for the plaintiff, and Assistant Federal Defender, Megan T. Hopkins, counsel for defendant, Alecia Trapps, that the sentencing hearing currently set for August 21, 2020 be continued to November 6, 2020, at 8:30 a.m., before the Honorable Dale A. Drozd.

The parties request this continuance in light of the court's continuing closure orders and the anticipated unavailability of an in-person sentencing hearing on August 21, 2020. Ms. Trapps does not consent to remote proceedings for sentencing, given the high sentencing exposure and numerous contested issues in this case. The parties believe it is more likely that an in-person hearing can safely be accomplished in early November, when COVID-19 infection rates will hopefully have trended downward for a sustained period and the court can re-open without risking the health of the defendant, court staff and the public.

Additionally, the parties propose the following modified pre-sentence schedule:

Formal Objections to Presentence Report: October 23, 2020
Replies: October 30, 2020
Sentencing Hearing: November 6, 2020 at 8:30 a.m.

The continuance and modified schedule proposed above will permit the parties sufficient time to meet all filing deadlines and adequately prepare for sentencing in this matter, and will help ensure that sentencing can be held in-person without placing participants at risk during the COVID-19 pandemic.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: July 30, 2020                    By:    */s/ Melanie Alsworth*
                                               MELANIE ALSWORTH
                                               LAUREL MONTOYA
                                               Assistant United States Attorneys
                                               Attorneys for Plaintiff


                                               HEATHER E. WILLIAMS
                                               Federal Defender

Dated: July 30, 2020                    By:    */s/ Megan Hopkins*
                                               MEGAN HOPKINS
                                               Assistant Federal Defender
                                               Attorney for Defendant
                                               ALECIA TRAPPS

## **ORDER**

The Court hereby grants the parties' request to continue the sentencing hearing as to this defendant and set the matter for sentencing on November 6, 2020 at 8:30 a.m. The presentence schedule shall be adjusted as set forth above.

IT IS SO ORDERED.

Dated:   **July 30, 2020**                          /s/ Dale A. Drozd
                                                         UNITED STATES DISTRICT JUDGE