HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MEGAN HOPKINS, CA Bar #294141
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ALECIA TRAPPS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALECIA TRAPPS et al,<br><br>Defendant. | Case No. 1:18-cr-00076-NONE<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER**<br><br>Date: January 29, 2021<br>Time: 8:30 a.m.<br>Judge: Honorable Dale A. Drozd |
|---|---|

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Melanie Alsworth, counsel for the plaintiff, and Assistant Federal Defender, Megan T. Hopkins, counsel for defendant, Alecia Trapps, that the sentencing hearing currently set for November 6, 2020, at 8:30 a.m. be continued to January 29, 2021, before the Honorable Dale A. Drozd.

The parties request this continuance in light of the court's continuing closure orders and the anticipated unavailability of an in-person sentencing hearing on November 6, 2020. Ms. Trapps does not consent to remote proceedings for sentencing, given the high sentencing exposure and numerous contested issues in this case. Ms. Trapps also wants to ensure that her elderly family members are able to attend an in-person hearing under safe conditions, once the COVID-19 pandemic is under control.

1  The parties believe it is more likely that an in-person hearing can safely be accomplished in late January 2021, when COVID-19 infection rates will hopefully have trended downward for a sustained period and the court can re-open without risking the health of the defendant, court staff and the public.

Additionally, the parties propose the following modified pre-sentence schedule:

Formal Objections to Presentence Report: January 15, 2021
Replies: January 22, 2021
Sentencing Hearing: January 29, 2021 at 8:30 a.m.

The continuance and modified schedule proposed above will permit the parties sufficient time to meet all filing deadlines and adequately prepare for sentencing in this matter, and will help ensure that sentencing can be held in-person without placing participants at risk during the COVID-19 pandemic.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: October 23, 2020     By:    /s/ Melanie Alsworth
                                   MELANIE ALSWORTH
                                   LAUREL MONTOYA
                                   Assistant United States Attorneys
                                   Attorneys for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Dated: October 23, 2020     By:    /s/ Megan Hopkins
                                   MEGAN HOPKINS
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   ALECIA TRAPPS

## **ORDER**

The Court hereby grants the parties' request to continue the sentencing hearing as to this defendant and set the matter for sentencing on January 29, 2021 at 8:30 a.m. The presentence schedule shall be adjusted as set forth above.

IT IS SO ORDERED.

Dated: __**October 23, 2020**__         _/s/ Dale A. Drozd_
UNITED STATES DISTRICT JUDGE