1    HEATHER E. WILLIAMS, CA Bar #122664
     Federal Defender
2    MEGAN HOPKINS, CA Bar #294141
     Assistant Federal Defender
3    Office of the Federal Defender
     2300 Tulare Street, Suite 330
4    Fresno, California  93721-2226
     Telephone: (559) 487-5561
5
     Attorney for Defendant
6    ALECIA TRAPPS

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
          UNITED STATES OF AMERICA,            Case No. 1:18-cr-00076-NONE
11
                         Plaintiff,            **STIPULATION TO CONTINUE
12                                             SENTENCING HEARING; ORDER**
13        vs.                                  Date:  July 16, 2021
14                                             Time:  8:30 a.m.
                                               Judge:  Honorable Dale A. Drozd
15        ALECIA TRAPPS et al,

16                       Defendant.

17
             **IT IS HEREBY STIPULATED** by and between the parties through their respective
18
     counsel, Assistant United States Attorney, Melanie Alsworth, counsel for the plaintiff, and
19
     Assistant Federal Defender, Megan T. Hopkins, counsel for defendant, Alecia Trapps, that the
20
     sentencing hearing currently set for April 23, 2021, at 8:30 a.m. be continued to July 16, 2021,
21
     before the Honorable Dale A. Drozd.
22
             The parties request this continuance in light of the court's continuing closure orders and
23
     the anticipated unavailability of an in-person sentencing hearing on April 23, 2021.  Ms. Trapps
24
     does not consent to remote proceedings for sentencing, given the high sentencing exposure and
25
     numerous contested issues in this case.  Ms. Trapps also wants to ensure that her elderly family
26
     members, who have not yet had the opportunity to receive the COVID-19 vaccine, are able to
27
     attend an in-person hearing under safe conditions.
28

1          The parties believe it is more likely that an in-person hearing can safely be accomplished

2    in July 2021, when COVID-19 infection rates will hopefully have trended downward for a

3    sustained period and the court can re-open without risking the health of the defendant, court staff

4    and the public.

5          Additionally, the parties propose the following modified pre-sentence schedule:

6    Formal Objections to Presentence Report: July 2, 2021
     Replies: July 9, 2021

7    Sentencing Hearing: July 16, 2021 at 8:30 a.m.

8          The continuance and modified schedule proposed above will permit the parties sufficient

9    time to meet all filing deadlines and adequately prepare for sentencing in this matter, and will

10   help ensure that sentencing can be held in-person without placing participants at risk during the

11   COVID-19 pandemic.

12

13                  Respectfully submitted,

14                  PHILLIP A. TALBERT

15                  Acting United States Attorney

16   Dated: April 12, 2021          By:   */s/ Melanie Alsworth*

17                  MELANIE ALSWORTH
                    LAUREL MONTOYA

18                  Assistant United States Attorneys
                    Attorneys for Plaintiff

19

20                  HEATHER E. WILLIAMS

21                  Federal Defender

22   Dated: April 12, 2021          By:   */s/ Megan Hopkins*

23                  MEGAN HOPKINS
                    Assistant Federal Defender

24                  Attorney for Defendant
                    ALECIA TRAPPS

25

26

27

28

1

## **ORDER**

2

3        The Court hereby grants the parties' request to continue the sentencing hearing as to this

4    defendant and set the matter for sentencing on July 16, 2021 at 8:30 a.m.  The presentence schedule

5    shall be adjusted as set forth above.

6

7    IT IS SO ORDERED.

8

9        Dated:   **April 12, 2021**                        _____

10                                                              UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28