| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, CA Bar #294141 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Tel: 916-498-5700 |
| 5 | Fax: 916-598-5710 |
| 6 | Attorney for Defendant |
| | ALECIA TRAPPS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALECIA TRAPPS et al,<br><br>Defendant. | Case No. 1:18-cr-00076-NONE<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER**<br><br>Date:   September 17, 2021<br>Time:  8:30 a.m.<br>Judge: Honorable Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Melanie Alsworth, counsel for the plaintiff, and Assistant Federal Defender, Megan T. Hopkins, counsel for defendant, Alecia Trapps, that the sentencing hearing currently set for July 16, 2021, be continued to September 17, 2021 at 8:30 a.m., before the Honorable Dale A. Drozd.

The parties request this continuance to allow additional time for Ms. Trapps' elderly family members, who have not yet received the COVID-19 vaccine, to complete the vaccination process and to attend an in-person hearing under safe conditions. Additionally, the defense will use the additional 60 days to complete mitigation investigation and prepare all sentencing materials for the Court.

Additionally, the parties propose the following modified pre-sentence schedule:

Formal Objections to Presentence Report: September 3, 2021
Replies: September 10, 2021
Sentencing Hearing: September 17, 2021 at 8:30 a.m.

The continuance and modified schedule proposed above will permit the parties sufficient time to meet all filing deadlines and adequately prepare for sentencing in this matter, and will help ensure that Ms. Trapps can have the full support of her family at the sentencing hearing without placing participants at risk during the COVID-19 pandemic.

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

Dated: June 21, 2021                    By:    */s/ Melanie Alsworth*
                                               MELANIE ALSWORTH
                                               LAUREL MONTOYA
                                               Assistant United States Attorneys
                                               Attorneys for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Dated: June 21, 2021                    By:    */s/ Megan T. Hopkins*
                                               MEGAN T. HOPKINS
                                               Assistant Federal Defender
                                               Attorney for Defendant
                                               ALECIA TRAPPS

## ORDER

The Court hereby grants the parties' request to continue the sentencing hearing as to this defendant and set the matter for sentencing on September 17, 2021 at 8:30 a.m. The presentence schedule shall be adjusted as set forth above. No further continuances of the sentencing date in this case will be granted absent a compelling showing of good cause.

IT IS SO ORDERED.

Dated: **June 21, 2021**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE