UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>    v.<br><br>ALECIA TRAPPS,<br><br>    Defendant. | Case No.  1:18-cr-0076-DAD-JDP (P)<br><br>ORDER TO SHOW CAUSE |

On February 20, 2024, movant Alecia Trapps filed a motion to vacate, set aside, or correct sentence pursuant to section 2255.  ECF No. 427.  When the government did not timely file a response, on October 2, 2024, I ordered the government to do so within thirty days.  ECF No. 437.  The government has not filed a response to the motion or otherwise responded.

The court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate.  *Bautista v. Los Angeles Cnty.*, 216 F.3d 837, 841 (9th Cir. 2000); *see* Local Rule 110 ("Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court.").

1

Accordingly, it is hereby ORDERED that:

1. The government shall show cause within seven days of the date of this order why sanctions should not be issued for its failure to comply with court orders.

2. The government shall file a response to movant's motion within seven days of the date of this order.

3. Failure to timely comply with this order will result in the motion being deemed unopposed.

IT IS SO ORDERED.

Dated: May 9, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2