UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-0076-DAD-JDP (P) |
|---|---|
| Respondent, | |
| v. | ORDER |
| ALECIA TRAPPS, | |
| Movant. | |

Movant has filed a motion for extension of time to file a reply to the government's supplemental opposition. Good cause appearing, IT IS HEREBY ORDERED that:

1. Movant's motion for an extension of time, ECF No. 460, is GRANTED; and

2. Movant is granted twenty-one days from the date of this order in which to file a reply to the government's supplemental opposition.

IT IS SO ORDERED.

Dated:  November 14, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1