UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Respondent,

v.

ALICIA TRAPPS,

Movant.

Case No. 1:18-cr-0076-DAD-JDP (P)

ORDER

On June 26, 2026, I recommended that movant's section 2255 motion be denied. ECF No. 468. She has motioned for a thirty-day extension of time to file objections to those recommendations. ECF No. 469. Her motion will be granted.

It is ORDERED that movant's motion for extension of time, ECF No. 469, is GRANTED and her objections are due thirty days from the date of this order's entry.

IT IS SO ORDERED.

Dated: July 16, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE